**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 4:11-cv-241 SWW |
| | ) | |
| **JERRY LEE BOGARD** | ) | |

**CONSENT JUDGMENT**

This matter coming on before the Court at this time, the Court being informed in the premises and it appearing that the parties agree and consent to a judgment as set forth herein, and the defendant, Jerry Lee Bogard, having consented to the terms of this Order and having waived any defenses and the formal service of further process in this action, it is hereby

ORDERED, ADJUDGED, AND DECREED as follows:

1. Judgment is entered for the United States in the amount of $136,073.24, with interest from the date of Judgment at the rate of 4.49% per annum.

2. If not paid in full within 90 days of entry of the Consent Judgment, the remainder of the debt should become due and payable immediately, and the United States may proceed with all available administrative and judicial remedies to enforce the judgment debt, upon notice to the defendant. If payment is over Fifty Thousand Dollars and NO/100 ($50,000.00), the payment must be made by fed-wire, and the defendant is directed to contact the Financial Litigation Unit of the United States Attorney's Office for the Eastern District of Arkansas at 504-340-2666, for complete instructions on how to complete the fed-wire.

Further, if payment is under Fifty Thousand Dollars and NO/100 ($50,000.00), the amount can be paid by check or money order payable to the Department of Justice and mailed to the Financial Litigation Unit, United States Attorney's Office, P.O. Box 1229, Little Rock, AR 72203.

3. **The defendant shall complete an annual financial statement and provide the United States with current, accurate evidence of his assets, income and expenditures (including, but not limited to his Federal income tax returns) within fifteen (15) days of the date of a request for such evidence by the United States Attorney. The defendant's monthly installment payments may be modified on the basis of this information.**

4. The Judgment shall be filed with the county clerk of the county of residence of the defendant and any other jurisdiction where the United States deems appropriate.

5. Notice to defendant shall be deemed due and sufficient notice if sent by first class mail, postage prepaid, to defendant's address as listed below or to any new address provided by the defendant.

CONSENTED TO:

CHRISTOPHER R. THYER
UNITED STATES ATTORNEY

| | |
|---|---|
| /s/ Shannon S. Smith | 3/16/11 |
| SHANNON S. SMITH | Date |
| ASSISTANT U.S. ATTORNEY | |

| | |
|---|---|
| /s/ Jerry Lee Bogard | 3-9-11 |
| JERRY LEE BOGARD | Date |
| 517 South Main, Ste. A | |
| Stuttgart, AR 72160 | |
| DEFENDANT | |

| | |
|---|---|
| /s/ Richard E. Holiman | 3-10-11 |
| RICHARD E. HOLIMAN | Date |
| ATTORNEY FOR DEFENDANT | |

APPROVED:

| | |
|---|---|
| /s/Susan Webber Wright | 3/18/2011 |
| UNITED STATES DISTRICT JUDGE | Date |